AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Majzoub, Mona K. | MI; Eastern District | 05/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge; full-time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

231 W. Lafayette Blvd, Rm 704
Detroit, MI 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Line 20 - Trust #1 (Brokerage 5) - Positions listed in Part VII, starting on Line 21 |
| 2. | Trustee | Line 52 - Trust #1 (Brokerage 1) - Postions listed in Part VII, starting on Line 53 |
| 3. | Trustee | Line 193 - Trust #6 - Checking (Brokerage 5) - No reportable assets - See Part VIII |
| 4. | Trustee | Line 194 - Trust #2 (Brokerage 5) - Positions listed in Part VII, starting on Line 195 |
| 5. | Trustee | Line 229 - Trust #3 Co-Ttee (Brokerage 5) - Positions listed in Part VII, starting on Line 230 |
| 6. | Trustee | Line 250 - Trust #4 - Checking (Brokerage 5) - No reportable assets - See Part VIII |
| 7. | Trustee | Line 251 - Trust #3 - Checking (Brokerage 5) - No reportable assets - See Part VIII |
| 8. | Trustee | Line 252 - Trust #3 - Savings #1 (Brokerage 5) - Positions listed in Part VII, starting on Line 253 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2013 |

2. _____

3. _____

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | _____ - Law Firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (Brokerage 5) | D | Int./Div. | P1 | T | | | | | |
| 2. -Blackrock Liquidity Fds Treasury Trust Fd Portfolio Fd #62 | | | | | Distributed (part) | 06/21/12 | J | | |
| 3. -Federated Govt Obligation MM Fd | | | | | Buy (add'l) | 01/31/12 | J | | |
| 4. -Federated Govt Obligation MM Fd | | | | | Buy (add'l) | 02/29/12 | J | | |
| 5. -Federated Govt Obligation MM Fd | | | | | Buy (add'l) | 03/30/12 | J | | |
| 6. -Federated Govt Obligation MM Fd | | | | | Buy (add'l) | 04/30/12 | J | | |
| 7. -Federated Govt Obligation MM Fd | | | | | Buy (add'l) | 05/31/12 | J | | |
| 8. -Federated Govt Obligation MM Fd | | | | | Buy (add'l) | 06/29/12 | J | | |
| 9. -Federated Govt Obligation MM Fd | | | | | Buy (add'l) | 07/31/12 | J | | |
| 10. -Federated Govt Obligation MM Fd | | | | | Buy (add'l) | 08/31/12 | J | | |
| 11. -Federated Govt Obligation MM Fd | | | | | Buy (add'l) | 09/28/12 | J | | |
| 12. -Federated Govt Obligation MM Fd | | | | | Buy (add'l) | 10/31/12 | J | | |
| 13. -Federated Govt Obligation MM Fd | | | | | Buy (add'l) | 11/30/12 | J | | |
| 14. -Federated Govt Obligation MM Fd | | | | | Buy (add'l) | 12/31/12 | J | | |
| 15. -John Deere Capital Corp Ser Mtn Notes | | | | | | | | | |
| 16. -Walt Disney Company/The Sr Unsec | | | | | | | | | |
| 17. -IBM Corp SR Unsec | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Procter & Gamble Co/The Sr Unsec | | | | | | | | | |
| 19.  -T Rowe Price Short Term Bd Fd #55 | | | | | | | | | |
| 20.  Trust #1 (Brokerage 5) | E | Int./Div. | P1 | T | | | | | |
| 21.  -Blackrock Liquidity Fds Treasury Trust Fd Portfolio Fd | | | | | Distributed (part) | 06/21/12 | J | | |
| 22.  -PNC Advantage Inst MM | | | | | Buy (add'l) | 01/31/12 | J | | |
| 23.  -PNC Advantage Inst MM | | | | | Buy (add'l) | 02/29/12 | J | | |
| 24.  -PNC Advantage Inst MM | | | | | Buy (add'l) | 03/30/12 | J | | |
| 25.  -PNC Advantage Inst MM | | | | | Sold (part) | 04/30/12 | J | A | |
| 26.  -PNC Advantage Inst MM | | | | | Buy (add'l) | 05/31/12 | L | | |
| 27.  -PNC Advantage Inst MM | | | | | Buy (add'l) | 06/29/12 | J | | |
| 28.  -PNC Advantage Inst MM | | | | | Buy (add'l) | 07/31/12 | J | | |
| 29.  -PNC Advantage Inst MM | | | | | Buy (add'l) | 08/31/12 | J | | |
| 30.  -PNC Advantage Inst MM | | | | | Buy (add'l) | 09/28/12 | J | | |
| 31.  -PNC Advantage Inst MM | | | | | Sold (part) | 10/31/12 | J | A | |
| 32.  -PNC Advantage Inst MM | | | | | Buy (add'l) | 11/30/12 | J | | |
| 33.  -PNC Advantage Inst MM | | | | | Buy (add'l) | 12/31/12 | J | | |
| 34.  -John Deere Capital Corp Ser Mtn Notes | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Walt Disney Company/The Sr Unsec | | | | | | | | | |
| 36. -IBM Corp Sr Unsec | | | | | | | | | |
| 37. -Procter & Gamble Co/The Sr Unsec | | | | | | | | | |
| 38. -Ann Arbor Mich Bldg Auth Ref Ser A 5.00% 03/01/2013 | | | | | | | | | |
| 39. -Galesburg-Augusta Mich Cmnty Schs Ref 4.00% 05/01/2012 | | | | | Matured | 05/01/12 | K | B | |
| 40. -Grand Rapids Mich Cap Impt 5.00% 09/01/2017 | | | | | | | | | |
| 41. -Hazel Park Mich Sch Dist 5.00% 05/01/2012 | | | | | Matured | 05/01/12 | K | B | |
| 42. -Ingham Cnty Mich Bldg Auth Ref 4.50% 07/01/2014 | | | | | | | | | |
| 43. -Kentucky Cnty Mich Bldg Auth 5.00% 06/01/2015 | | | | | | | | | |
| 44. -Lakeview Mich Pub Sch Dist Macomb Cnty Ref 5.00% 05/01/2016 | | | | | | | | | |
| 45. -Livingston Cnty Mich San Sewer Impt 4.00% 05/01/2014 | | | | | | | | | |
| 46. -Novi Mich Cmnty Sch dist Ref 5.00% 05/01/2015 | | | | | | | | | |
| 47. -Stockbridge Mich Cmnty Schs Ref 4.50% 05/01/2014 | | | | | | | | | |
| 48. -Taylor Mich Ref 5.00% 09/01/2016 | | | | | | | | | |
| 49. -Troy Mich City Sch Dist Ref Bldg & Site 5.00% 05/01/2012 | | | | | Matured | 05/01/12 | K | B | |
| 50. -Whitehall Mich Dist Schs Ref 5.00% 05/01/2015 | | | | | | | | | |
| 51. -Ypsilanti Mich Ref-Cap Impt-Ser A 4.00% 11/01/2013 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Trust #1 (Brokerage 1) | E | Int./Div. | O | T | | | | | |
| 53. -Bank Deposit Sweep | | | | | | | | | |
| 54. -Abbott Laboratories | | | | | | | | | |
| 55. -Apple Inc | | | | | Sold (part) | 04/27/12 | J | C | |
| 56. -AT&T Inc | | | | | | | | | |
| 57. -Blackrock Inc | | | | | | | | | |
| 58. -BP PLC Spons ADR | | | | | | | | | |
| 59. -Comerica Inc | | | | | | | | | |
| 60. -Costco Whsl Corp New | | | | | | | | | |
| 61. -Dover Corp Common | | | | | | | | | |
| 62. -Enrgy Select Sector Spdr ETF | | | | | | | | | |
| 63. -Exxon Mobil Corp | | | | | | | | | |
| 64. -Franklin Resources | | | | | | | | | |
| 65. -General Electric Company | | | | | Buy (add'l) | 04/27/12 | J | | |
| 66. -Genuine Parts Co Com | | | | | | | | | |
| 67. -Honeywell International Inc | | | | | | | | | |
| 68. -Intel Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Ishares Dow Jones Select Dividend Index Fd | | | | | | | | | |
| 70. -Ishares MSCI EAFE Index | | | | | | | | | |
| 71. -Ishares MSCI EAFE Growth | | | | | | | | | |
| 72. -Ishares MSCI EAFE Value | | | | | | | | | |
| 73. -Ishares Russl Midcp Value | | | | | | | | | |
| 74. -Ishares S&P Glbl Telecom Sector Index Fund | | | | | | | | | |
| 75. -Ishares Tr Russel MC Gro Indx Fd | | | | | | | | | |
| 76. -Johnson & Johnson | | | | | | | | | |
| 77. -JPMorgan Chase & Co | | | | | | | | | |
| 78. -Market Vector Gold Miners | | | | | Sold | 04/27/12 | J | B | |
| 79. -McDonalds Corp | | | | | | | | | |
| 80. -Microsoft Corp | | | | | Sold (part) | 04/27/12 | J | A | |
| 81. -Nextera Energy Inc | | | | | | | | | |
| 82. -Norfolk Southern Corp | | | | | | | | | |
| 83. -Paychex Inc | | | | | | | | | |
| 84. -Pepsico Incorporated | | | | | | | | | |
| 85. -Proctor & Gamble Co | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -RPM International Inc | | | | | | | | | |
| 87. -Select Sector Spdr Tr Utilities | | | | | | | | | |
| 88. -Select Sector Spdr Fd Materials | | | | | | | | | |
| 89. -Spdr Gold Trust ETF | | | | | | | | | |
| 90. -Spdr S&P Emerging Markets Dividend | | | | | Buy | 04/27/12 | J | | |
| 91. -Spdr S&P MC 400 ET Tr Ser N | | | | | | | | | |
| 92. -Stryker Corp | | | | | | | | | |
| 93. -Sysco Corporation | | | | | | | | | |
| 94. -Teva Pharmaceutical ADR INDS LTD | | | | | | | | | |
| 95. -US Bancorp New | | | | | | | | | |
| 96. -Vanguard MSCI Emerging Mkts ETF | | | | | | | | | |
| 97. -Vanguard MSCI EAFE ETF | | | | | | | | | |
| 98. -Verizon Communications Com | | | | | | | | | |
| 99. -Wal-Mart Stores Inc | | | | | | | | | |
| 100. -Three Rivers 5% 5/1/2013 | | | | | | | | | |
| 101. -Federated Mun Secs Income Tr Mich Inter Mun Tr Cl-A | | | | | Distributed (part) | 12/17/12 | J | | |
| 102. -Franklin Tax Free Tr Mich Insd Tax Free Income Fund Cl A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Vanguard Municipal Bd Fd Short Term Portfolio | | | | | | | | | |
| 104. -Vanguard Municipal Bd Fd Intermediate Term Portfolio | | | | | | | | | |
| 105. -Vanguard Long Term Tax-Exempt Fnd Investor Class | | | | | | | | | |
| 106. -Vanguard Muni Bd Fd Limited Term Tax-Exempt Portfolio | | | | | | | | | |
| 107. IRA #1 (Brokerage 1) | B | Int./Div. | L | T | | | | | |
| 108. -Bank Deposit Sweep | | | | | | | | | |
| 109. -Claymore Guggenheim ETF Bulletshares 2012 Corporate Bnd | | | | | Sold | 04/27/12 | J | | |
| 110. -Energy Select Sector SPDR ETF | | | | | Buy (add'l) | 04/27/12 | J | | |
| 111. -Financial Select Sector SPDR | | | | | Buy (add'l) | 04/27/12 | J | | |
| 112. -Guggenheim Bulletshs 2015 High Yield Corp Bond | | | | | Buy | 04/27/12 | J | | |
| 113. -Industrial Sector Spdr | | | | | Buy (add'l) | 04/27/12 | J | | |
| 114. -IShares Barclays TIPS Bd Fd | | | | | | | | | |
| 115. -IShares Barclays Credit Bd Fd | | | | | | | | | |
| 116. -IShares Barclays EFT Intermediate Credit Bd Fd | | | | | Buy (add'l) | 04/27/12 | J | | |
| 117. -IShares Barclays EFT 1-3 Year Credit Bd Fd | | | | | Buy (add'l) | 04/27/12 | J | | |
| 118. -IShares Dow Jones Select Dividend Index Fd | | | | | Sold (part) | 04/27/12 | J | A | |
| 119. -IShares IBOXX $ Yield Corp Bond Fund | | | | | Buy | 04/27/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -IShares MSCI EAFE Growth Mix | | | | | Sold (part) | 04/27/12 | J | A | |
| 121.  -IShares MSCI EAFE Value Mix | | | | | Buy (add'l) | 04/27/12 | J | | |
| 122.  -IShares Russell Midcap Value | | | | | | | | | |
| 123.  -IShares S&P Glbl Telecom Sector Index Fd | | | | | Buy (add'l) | 04/27/12 | J | | |
| 124.  -IShares Tr Russell Midcap Growth Index | | | | | Sold (part) | 04/27/12 | J | A | |
| 125.  -Market Vector Gold Miners | | | | | Sold | 04/27/12 | J | A | |
| 126.  -PIMCO Trust ETF 1-5 Yr US TIPS Index Fd | | | | | Buy (add'l) | 04/27/12 | J | | |
| 127.  -Sector Spdr Tr Technology Select Sector | | | | | Sold (part) | 04/27/12 | J | A | |
| 128.  -Select Sector Spdr Tr Utilities Select Sector | | | | | Sold (part) | 04/27/12 | J | A | |
| 129.  -Select Sector Spdr Tr Consumer Staples | | | | | Buy (add'l) | 04/27/12 | J | | |
| 130.  -Select Sector Spdr Fd Materials | | | | | Buy (add'l) | 04/27/12 | J | | |
| 131.  -Select Sector Spdr Fd Health Care | | | | | Sold (part) | 04/27/12 | J | A | |
| 132.  -Select Sector Spdr Fd Consumer Discretionary | | | | | Sold (part) | 04/27/12 | J | A | |
| 133.  -SPDR Barclays Capital Intermediate Term Treasury ETF | | | | | Buy (add'l) | 04/27/12 | J | | |
| 134.  -Spdr Gold Trust ETF | | | | | Buy (add'l) | 04/27/12 | J | | |
| 135.  -Spdr S&P Emerging Markets Divd | | | | | Buy | 04/27/12 | J | | |
| 136.  -Spdr S&P Midcap 400 ETF Trust Series N | | | | | Sold (part) | 04/27/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Vanguard ETF Telecommunications Services | | | | | Buy (add'l) | 04/27/12 | J | | |
| 138. -Vanguard MSCI Emerging Markets ETF | | | | | Buy (add'l) | 04/27/12 | J | | |
| 139. -Vanguard MSCI EAFE ETF | | | | | Buy (add'l) | 04/27/12 | J | | |
| 140. -Vanguard Short Term Bond | | | | | Sold (part) | 04/27/12 | J | A | |
| 141. -Vanguard Total Bond Market | | | | | | | | | |
| 142. Retirement Savings Plan #2 | D | Int./Div. | N | T | | | | | |
| 143. -Dodge & Cox Balanced | | | | | | | | | |
| 144. -Fid Freedom K Income, formerly Fid Freedom Income | | | | | | | | | |
| 145. American Funds 529 Plan One | B | Dividend | K | T | | | | | |
| 146. -AMCAP Fund 529A | | | | | Distributed (part) | 08/13/12 | J | | |
| 147. -Europacific Growth Fund 529A | | | | | Distributed (part) | 12/07/12 | J | | |
| 148. -New World Fund 529A | | | | | | | | | |
| 149. -SMALLCAP World Fund 529A | | | | | | | | | |
| 150. -American Mutual Fund 529A | | | | | | | | | |
| 151. -Inc Fund of America 529A | | | | | | | | | |
| 152. -American Balanced Fund 529A | | | | | Distributed (part) | 08/17/12 | J | | |
| 153. -American High-Inc Tr 529A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Bond Fund of America 529A | | | | | | | | | |
| 155. -Capital World Bond Fund 529A | | | | | | | | | |
| 156. -American Fds Money Mkt Fd 529A | | | | | | | | | |
| 157. American Funds 529 Plan Two | C | Dividend | M | T | | | | | |
| 158. -AMCAP Fund 529A | | | | | | | | | |
| 159. -Europacific Growth Fund 529A | | | | | | | | | |
| 160. -New World Fund 529A | | | | | | | | | |
| 161. -SMALLCAP World Fund 529A | | | | | | | | | |
| 162. -American Mutual Fund 529A | | | | | | | | | |
| 163. -Inc Fund of America 529A | | | | | | | | | |
| 164. -American Balanced Fund 529A | | | | | | | | | |
| 165. -American High-Inc Tr 529A | | | | | | | | | |
| 166. -Bond Fund of America 529A | | | | | | | | | |
| 167. -Cap World Bond Fund 529A | | | | | | | | | |
| 168. -American Fds Money Mkt Fd 529A | | | | | | | | | |
| 169. American Funds 529 Plan Three | C | Dividend | M | T | | | | | |
| 170. -AMCAP Fund 529A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Europacific Growth Fund 529A | | | | | | | | | |
| 172.  -New World Fund 529A | | | | | | | | | |
| 173.  -SMALLCAP World Fund 529A | | | | | | | | | |
| 174.  -American Mutual Fund 529A | | | | | | | | | |
| 175.  -Inc Fund of America 529A | | | | | | | | | |
| 176.  -American Balanced Fund 529A | | | | | | | | | |
| 177.  -American High-Inc Tr 529A | | | | | | | | | |
| 178.  -Bond Fund of America 529A | | | | | | | | | |
| 179.  -Cap World Bond Fund 529A | | | | | | | | | |
| 180.  -American Fds Money Mrkt Fd 529A | | | | | | | | | |
| 181.  American Funds 529 Plan Four | A | Dividend | K | T | | | | | |
| 182.  -AMCAP Fund 529A | | | | | | | | | |
| 183.  -Europacific Growth Fund 529A | | | | | | | | | |
| 184.  -New World Fund 529A | | | | | | | | | |
| 185.  -SMALLCAP World Fund 529A | | | | | | | | | |
| 186.  -American Mutual Fund 529A | | | | | | | | | |
| 187.  -Inc Fund of America 529A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 16 of 23

Name of Person Reporting

Majzoub, Mona K.

Date of Report

05/14/2013

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -American Balanced Fund 529A | | | | | | | | | |
| 189.  -American High-Inc Tr 529A | | | | | | | | | |
| 190.  -Bond Fund of America 529A | | | | | | | | | |
| 191.  -Cap World Bond Fund 529A | | | | | | | | | |
| 192.  -American Fds Money Mrkt Fd-529A | | | | | | | | | |
| 193.  Trust #6 - Checking (Brokerage 5) | A | Interest | K | T | | | | | |
| 194.  Trust #2 (Brokerage 5) | C | Int./Div. | P1 | T | | | | | |
| 195.  -Blackrock Liquidity Fds Treasury Trust Fd Portfolio Fd#62 | | | | | Distributed (part) | 06/21/12 | J | | |
| 196.  -Blackrock Liquidity Fds Treasury Trust Fd Portfolio Fd#62 | | | | | Sold (part) | 09/26/12 | K | A | |
| 197.  -PNC Advantage Institutional MM | | | | | Sold (part) | 01/31/12 | K | A | |
| 198.  -PNC Advantage Institutional MM | | | | | Buy (add'l) | 02/29/12 | J | | |
| 199.  -PNC Advantage Institutional MM | | | | | Sold (part) | 03/30/12 | J | B | |
| 200.  -PNC Advantage Institutional MM | | | | | Sold (part) | 04/30/12 | K | A | |
| 201.  -PNC Advantage Institutional MM | | | | | Sold (part) | 05/31/12 | J | A | |
| 202.  -PNC Advantage Institutional MM | | | | | Sold (part) | 06/29/12 | K | | |
| 203.  -PNC Advantage Institutional MM | | | | | Buy (add'l) | 07/31/12 | J | | |
| 204.  -PNC Advantage Institutional MM | | | | | Sold (part) | 08/31/12 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -PNC Advantage Institutional MM | | | | | Buy (add'l) | 09/28/12 | K | | |
| 206. -PNC Advantage Institutional MM | | | | | Sold (part) | 10/31/12 | J | A | |
| 207. -PNC Advantage Institutional MM | | | | | Sold (part) | 11/30/12 | J | A | |
| 208. -PNC Advantage Institutional MM | | | | | Buy (add'l) | 12/31/12 | L | | |
| 209. -John Deere Capital Corp Ser Mtn Notes | | | | | | | | | |
| 210. -Walt Disney company/The Sr Unsec | | | | | | | | | |
| 211. -IBM Corp Sr Unsec | | | | | | | | | |
| 212. -Proctor & Gamble Co/The Sr Unsec | | | | | | | | | |
| 213. -Toyota Motor Credit Corp Ser Mtn Sr Unsec | | | | | | | | | |
| 214. IRA #2 (Brokerage 5) | D | Int./Div. | P1 | T | | | | | |
| 215. -Blackrock Liquidity Fds Treasury Trust Fd Portfolio Fd | | | | | Sold | 05/21/12 | P1 | | |
| 216. -Federated Govt Obligation MM Fd | | | | | Buy (add'l) | 01/31/12 | J | | |
| 217. -Federated Govt Obligation MM Fd | | | | | Buy (add'l) | 02/29/12 | J | | |
| 218. -Federated Govt Obligation MM Fd | | | | | Buy (add'l) | 03/30/12 | J | | |
| 219. -Federated Govt Obligation MM Fd | | | | | Sold (part) | 04/30/12 | J | | |
| 220. -Federated Govt Obligation MM Fd | | | | | Sold | 05/31/12 | J | | |
| 221. -Caterpillar Financial SE Sr Notes | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -John Deere Capital Corp Ser Mtn Notes | | | | | | | | | |
| 223.  -Walt Disney Company/The Sr Unsec | | | | | | | | | |
| 224.  -Hewlett Packard Co Sr Unsec | | | | | | | | | |
| 225.  -IBM Corp Sr Unsec | | | | | | | | | |
| 226.  -Occidental Petroleum Cor Sr Unsec | | | | | | | | | |
| 227.  -Procter & Bamvle Co/The Sr Unsec | | | | | | | | | |
| 228.  -Toyota Motor Credit Corp Ser Mtn Sr Unsec | | | | | | | | | |
| 229.  Trust #3 Co-Ttee (Brokerage 5) | D | Int./Div. | P1 | T | | | | | |
| 230.  -Blackrock Liquidity Fds Treasury Trust Fd Portfolio Fd | | | | | Sold (part) | 01/31/12 | N | A | |
| 231.  -Blackrock Liquidity Fds Treasury Trust Fd Portfolio Fd | | | | | Distributed (part) | 06/21/12 | J | | |
| 232.  -PNC Advantage Institutional MM | | | | | Buy (add'l) | 01/31/12 | J | | |
| 233.  -PNC Advantage Institutional MM | | | | | Buy (add'l) | 02/29/12 | J | | |
| 234.  -PNC Advantage Institutional MM | | | | | Buy (add'l) | 03/30/12 | J | | |
| 235.  -PNC Advantage Institutional MM | | | | | Sold (part) | 04/30/12 | J | A | |
| 236.  -PNC Advantage Institutional MM | | | | | Sold (part) | 05/31/12 | J | A | |
| 237.  -PNC Advantage Institutional MM | | | | | Sold (part) | 06/29/12 | J | | |
| 238.  -PNC Advantage Institutional MM | | | | | Buy (add'l) | 07/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -PNC Advantage Institutional MM | | | | | Buy (add'l) | 08/31/12 | J | | |
| 240. -PNC Advantage Institutional MM | | | | | Buy (add'l) | 09/28/12 | J | | |
| 241. -PNC Advantage Institutional MM | | | | | Sold (part) | 10/31/12 | J | A | |
| 242. -PNC Advantage Institutional MM | | | | | Sold (part) | 11/30/12 | J | A | |
| 243. -PNC Advantage Institutional MM | | | | | Sold (part) | 12/31/12 | J | A | |
| 244. -John Deere Capital Corp Ser Mtn Notes | | | | | | | | | |
| 245. -Walt Disney Company/The Sr Unsec | | | | | | | | | |
| 246. -IBM Corp Sr Unsec | | | | | | | | | |
| 247. -Occidental Petroleum Cor Sr Unsec | | | | | | | | | |
| 248. -Procter & Gamble Co/The Sr Unsec | | | | | | | | | |
| 249. -Toyota Motor Credit Corp Ser Mtn Sr Unsec | | | | | | | | | |
| 250. Trust #4 - Checking (Brokerage 5) | A | Interest | K | T | | | | | |
| 251. Trust #3 - Checking (Brokerage 5) | A | Interest | K | T | | | | | |
| 252. Trust #3 - Savings (Brokerage 5), frmy Tr #3 - Sav #1 (Br 5) | D | Int./Div. | P1 | T | | | | | |
| 253. -Blackrock Liquidity Fds Treasury Tr Fd Portfolio Fd | | | | | | | | | |
| 254. -PNC Advantage Institutional MM | | | | | Buy (add'l) | 01/31/12 | K | | |
| 255. -PNC Advantage Institutional MM | | | | | Sold (part) | 02/29/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,001 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -PNC Advantage Institutional MM | | | | | Sold (part) | 03/30/12 | J | B | |
| 257. -PNC Advantage Institutional MM | | | | | Buy (add'l) | 04/30/12 | K | | |
| 258. -PNC Advantage Institutional MM | | | | | Sold (part) | 05/31/12 | J | B | |
| 259. -PNC Advantage Institutional MM | | | | | Sold (part) | 06/29/12 | J | A | |
| 260. -PNC Advantage Institutional MM | | | | | Sold (part) | 07/31/12 | J | B | |
| 261. -PNC Advantage Institutional MM | | | | | Sold (part) | 08/31/12 | J | B | |
| 262. -PNC Advantage Institutional MM | | | | | Sold (part) | 09/28/12 | J | B | |
| 263. -PNC Advantage Institutional MM | | | | | Buy (add'l) | 10/31/12 | J | | |
| 264. -PNC Advantage Institutional MM | | | | | Buy (add'l) | 11/30/12 | K | | |
| 265. -PNC Advantage Institutional MM | | | | | Sold (part) | 12/31/12 | J | A | |
| 266. -John Deere Capital Corp Ser Mtn Notes | | | | | | | | | |
| 267. -Procter & Gamble Co/The Sr Unsec | | | | | | | | | |
| 268. -USA Treasury Notes 04.750% Due 01/31/2012 | | | | | Matured | 01/31/12 | K | B | |
| 269. -USA Treasury Notes 04.500% Due 04/30/2012 | | | | | Matured | 04/30/12 | K | B | |
| 270. -USA Treasury Notes 03.375% Due 07/31/2013 | | | | | | | | | |
| 271. -USA Treasury Notes 03.125% Due 08/31/2013 | | | | | | | | | |
| 272. -USA Treasury Notes 01.375% Due 10/15/2012 | | | | | Matured | 10/15/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -USA Treasury Notes 01.375% Due 02/15/2013 | | | | | | | | | |
| 274. -Federal Home Loan Mtg Corp Notes 04.500% Due 01/15/2014 | | | | | | | | | |
| 275. -Federal Natl Mtg Assn Nts 04.125% Due 04/15/2014 | | | | | | | | | |
| 276. -Federal Home Loan Mtg Corp Notes 04.125% Due 09/27/2013 | | | | | | | | | |
| 277. -Federal Natl Mtg Assn Notes 04.750% Due 11/19/2012 | | | | | Matured | 11/19/12 | K | B | |
| 278. -Federal Natl Mtg Assn Notes 01.750% Due 05/07/2013 | | | | | | | | | |
| 279. -Federal Natl Mtg Assn Notes 03.625% Due 02/12/2013 | | | | | | | | | |
| 280. -Ishares Barclays Tr U S TIP (TIP) ETF | | | | | | | | | |
| 281. -PNC Limited Maturity Bd Fd Class I Fund | | | | | | | | | |
| 282. -Western Asset Intmd Bnd-In | | | | | Distributed (part) | 06/19/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 193 - Trust #6 - Checking (Brokerage 5) - All cash.
Line 250 - Trust #4 - Checking (Brokerage 5) - All cash.
Line 251 - Trust #3 - Checking (Brokerage 5) - All cash.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mona K. Majzoub**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544